IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WEDGEWOOD LIMITED PARTNERSHIP I | CASE NO. C2:04cv01069 |
| Plaintiff | (District Judge Marbley, Magistrate Judge Deavers) |
| vs. | |
| TOWNSHIP OF LIBERTY, OHIO, THE BOARD OF TRUSTEES OF LIBERTY TOWNSHIP, HOLLY C. FOUST, LIBERTY TOWNSHIP ZONING INSPECTOR | |
| Defendants | |
| and | |
| LIBERTY TOWNSHIP/POWELL COMMUNITY WATCH FOUNDATION (now known as COMMUNITY OVERSIGHT FOUNDATION) | |
| Intervening Defendant | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The within action having been fully compromised and settled among the parties hereto, the Complaint of Plaintiff against Defendants and Intervening Defendant may be and is hereby **DISMISSED, with prejudice,** and without record.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

_____
JUDGE

-1-

*[signature]*

Joseph R. Miller (#0068463)
Bruce L. Ingram (Trial Attorney)(#0018008)
**Attorneys for Plaintiff**
Vorys, Sater, Seymore and Pease LLP
52 E. Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
Email: blingram@vorys.com
       jrmiller@vorys.com

*[signature]*

Lawrence E. Barbiere (Trial Attorney)
Ohio Bar #0027106
Michael E. Maundrell
Ohio Bar #0027110
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
**Trial Attorneys for Liberty Township Defendants**
5300 Socialville Foster Road, Suite 200
Mason, OH 45040
(513) 583-4200
(513) 583-4203 (fax)
Email: lbarbiere@smbplaw.com
       mmaundrell@smbplaw.com

*Michele L. Noble /LEB per auth.*

Michele L. Noble (#0072756)
**Attorneys for Liberty Township Defendants**
Thompson Hine LLP
41 S. High Street, Suite 1700
Columbus, Ohio 43215
(614) 469-3200; (614) 469-3361 (fax)
Email: Michele.Noble@ThompsonHine.com

*Wanda L. Carter /LEB per auth.*

Wanda L. Carter (#0021458
**Attorneys for Intervening Defendant,**
**Community Watch Foundation**
**(Now Known as Community Oversight**
**Foundation)**
Newhouse, Prophater, Letcher & Moots, LLC
5025 Arlington Centre Boulevard, Suite 400
Columbus, OH 43220
(614) 255-5441
(614) 255-5446 (fax)
Email:    wcarter@nplmlaw.com